# AMC Financial Holdings Inc.

5208 W. Reno, Suite 210
Oklahoma City, OK 73127
866-426-8943
December 17, 2009

Michael B. Joseph
Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

RE: Kirk and Alfreda Slaughter
Case # 09-13319
AMC Loan # 11009193

Dear Trustee,

AMC Financial Holdings, Inc will be closing its Oklahoma City office on December 31, 2009 and our Waco Texas office will begin managing this account on January 4, 2010. After December 31, 2009 all payments, with our loan number, should be sent to our processing center at the following address:

AMC Financial Holdings, Inc.
PO Box 224667
Dallas, TX 75222-4667

The street address for the Waco office is:

AMC Financial Holdings, Inc.
4547 Lakeshore Dr.
Waco, TX 76710

The contact person is Charles Henson, Vice President, 254-751-3959, and the 800 number is: 800-523-2590.

Sincerely,

Janie Claunch
Janie Claunch
Bankruptcy Administrator

cc: Vivian A. Houghton, Attorney for Debtor
    David D. Bird, Court Clerk