IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
| | |
|---|---|
| KIRK & ALFREDA SLAUGHTER ) | Case No. 09-13319BLS |
| ) | |
| Debtor(s). ) | Chapter 13 |

MOTION TO ALLOW CLAIMS AND ORDER

Michael B. Joseph, Esquire, Chapter 13 Trustee respectfully requests that this Honorable Court enter an Order with respect to the following:

1. Pursuant to 11 U.S.C. Section 1302(b)(1) the Trustee has performed the duties specified in Section 704(5) of the Code by examining the proofs of claim filed in this case and objecting to the allowance of any claim that appears to be improper.

2. Absent any objection, the Trustee requests that claims set forth in "Exhibit A" either be deemed allowed under 11 U.S.C. Section 502(a) or "not filed".

3. That only those claims listed as filed be deemed allowed for purposes of distribution.

WHEREFORE, your Trustee prays that an Order be entered approving those claims which have been filed and allowed for the purpose of distribution in this case.

s/ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Ste. 905
P.O. Box 1350
Wilmington, Delaware 19899
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

   KIRK & ALFREDA SLAUGHTER        )  Bk. Case No. 09-13319BLS
                                             )
          Debtor(s).                )  Chapter 13

## ORDER

AND NOW, this _____ day of _____,2010 the foregoing Motion having been presented and heard, and good cause appearing therefore, IT IS ORDERED THAT:

    1. Pursuant to 11 U.S.C. Section 502(a) the claims which have been filed as set forth in Exhibit "A" to the Motion are deemed allowed unless objection is made by the debtor or other party in interest.

    2. Within five (5) days of the date of this Order the Trustee shall mail a copy of this Motion and Order to the debtor(s)and to debtor's attorney of record, if any.

    3. Debtor (s) shall have thirty (30) days from the date of this Order within which to examine proofs of claim and to file a written objection to any claims which may be improper or request the allowance of such additional claims as may be appropriate. 11 U.S.C. Section 501(c) and 502(a).

    4. Failure to act in accordance with paragraph three (3) will be deemed an approval by debtor (s) of the claims as set forth in "Exhibit A" of Trustee's Motion.

_____
JUDGE

```
KIRK & ALFREDA SLAUGHTER
657 COUNTRY PATH DRIVE                  CASE NO. 09-13319BLS
NEW CASTLE, DE  19720                   % PLAN : 51.65
                                        PLAN TERM: 60   RECEIPT AMOUNT:      520.00
                                        RECEIPTS PAID IN TO DATE    :      1680.00
ATTY: VIVIAN A. HOUGHTON, ESQUIRE       DISBURSEMENTS TO DATE       :         0.00
      800 N. WEST STREET  2ND FLOOR     CURRENT BALANCE             :      1680.00
      WILMINGTON, DE 19801-1526
```

|  |  |  | ADJUSTED |  |  |
| CLAIM |  | ORIGINAL | CLAIM | TOTAL | CURRENT |
| No. | CREDITOR NAME/CLAIM TYPE | DEBT | AMOUNT | PAID | DUE |
| ----- | -------------------------------- | ---------- | ---------- | ---------- | -------- |
| 001 | VIVIAN A. HOUGHTON, ESQUIRE<br>ATTORNEY FEES | 3200.00 | 3200.00 | 0.00 | 3200.00 |
| 002 | eCAST SETTLEMENT CORP.<br>UNSECURED | 0.00 | 609.35* | 0.00 | 609.35 |
| 003 | MAX RECOVERY, INC.<br>UNSECURED | 0.00 | 2312.72* | 0.00 | 2312.72 |
| 004 | MAX RECOVERY, INC.<br>DUPLICATE CLAIM | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PRA RECEIVABLES MGMT.<br>UNSECURED | 1861.00 | 955.72* | 0.00 | 955.72 |
| 006 | PRA RECEIVABLES MGMT.<br>UNSECURED | 0.00 | 2899.89* | 0.00 | 2899.89 |
| 007 | RUTLEDGE MAINTENANCE CORP.<br>PRIORITY | 813.33 | 847.55 | 0.00 | 847.55 |
| 008 | MAX RECOVERY, INC.<br>UNSECURED | 0.00 | 1025.20* | 0.00 | 1025.20 |
| 009 | eCAST SETTLEMENT CORP.<br>UNSECURED | 0.00 | 18.00* | 0.00 | 18.00 |
| 010 | MAX RECOVERY, INC.<br>UNSECURED | 0.00 | 142.79* | 0.00 | 142.79 |
| 011 | NEW CASTLE COUNTY/LAW<br>DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMC FINANCIAL HOLDINGS, INC.<br>DIRECT | 42265.00 | 0.00 | 0.00 | 0.00 |
| 013 | DELAWARE STATE HOUSING AUTHORITYOD@<br>PREPETITION MORTGAGE ARREARS |  | 3096.07 | 0.00 | 3096.07 |
| 014 | AMERICAN INFOSOURCE LP<br>UNSECURED | 0.00 | 51.71* | 0.00 | 51.71 |
| 015 | NORTH STAR CAPITAL ACQUIS.<br>UNSECURED | 0.00 | 451.98* | 0.00 | 451.98 |
| 016 | NORTH STAR CAPITAL ACQUIS.<br>UNSECURED | 0.00 | 836.96* | 0.00 | 836.96 |
| 017 | PRA RECEIVABLES MGMT.<br>UNSECURED | 328.00 | 169.73* | 0.00 | 169.73 |
| 018 | PRA RECEIVABLES MGMT.<br>UNSECURED | 482.00 | 249.18* | 0.00 | 249.18 |
| 019 | PRA RECEIVABLES MGMT.<br>UNSECURED | 967.00 | 525.29* | 0.00 | 525.29 |

* Marked Claims have been adjusted according to payment status or percent plan.

```
                                                    ADJUSTED
CLAIM                                   ORIGINAL      CLAIM      TOTAL    CURRENT
No.    CREDITOR NAME/CLAIM TYPE             DEBT     AMOUNT       PAID        DUE
-----  --------------------------------  --------  ---------  ---------  ---------
 020   LVNV FUNDING LLC                      0.00   3977.74*      0.00    3977.74
       UNSECURED
 021   LVNV FUNDING LLC                      0.00    417.32*      0.00     417.32
       UNSECURED
 022   ASSET ACCEPTANCE CORP.             1955.00   1030.33*      0.00    1030.33
       UNSECURED
 023   PRA RECEIVABLES MGMT.               413.00    285.83*      0.00     285.83
       UNSECURED
 024   eCAST SETTLEMENT CORP.                0.00   1704.29*      0.00    1704.29
       UNSECURED
 025   MAX RECOVERY, INC.                    0.00   1023.26*      0.00    1023.26
       UNSECURED
 026   PRA RECEIVABLES MGMT.              5655.00   2870.66*      0.00    2870.66
       UNSECURED
 027   JEFFERSON CAPITAL SYSTEMS             0.00     93.03*      0.00      93.03
       UNSECURED
 028   MAX FLOW CORPORATION                  0.00    660.01*      0.00     660.01
       UNSECURED
 040   DELAWARE DIVISION OF REVENUE         50.00      0.00       0.00       0.00
       NOT FILED PRIORITY
 100   123 CASH                            400.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 101   ACB                                   0.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 102   ARROW FINANCIAL SERV.               740.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 103   ARROW FINANCIAL SERV.               479.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 104   ASSOCIATES                            0.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 105   BRANDYWINE ACCOUNTS MTG.            308.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 106   CAPITAL ONE BANK                      0.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 107   FIRST NATIONAL BANK                 157.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 108   CITI SHELL                          841.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 109   CREDIT MANAGEMENT                   100.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 110   EMG (EASY MONEY)                   1000.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 111   FIRST PREMIER BANK                    0.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 112   HSBC                                  0.00      0.00       0.00       0.00
       NOT FILED UNSECURED
 113   LITTON LOAN SERVICING LP              0.00      0.00       0.00       0.00
       NOT FILED UNSECURED
```

* Marked Claims have been adjusted according to payment status or percent plan.

```
                      Motion To Allow Claims Exhibit A (Continued)
                         FOR 09-13319BLS, KIRK & ALFREDA SLAUGHTER

                                                ADJUSTED
CLAIM                                ORIGINAL      CLAIM      TOTAL    CURRENT
No.    CREDITOR NAME/CLAIM TYPE          DEBT     AMOUNT       PAID        DUE
-----  -------------------------   ----------  ----------  ----------  --------
 114   CITIFINANCIAL                    0.00        0.00        0.00       0.00
       NOT FILED UNSECURED
 115   CICONTE, ROSEMAN & WASSERMAN  7000.00        0.00        0.00       0.00
       NOT FILED UNSECURED
 117   CITI SHELL                     887.00        0.00        0.00       0.00
       NOT FILED UNSECURED
 118   SUNOCO                        1455.00        0.00        0.00       0.00
       NOT FILED UNSECURED
 119   CITI TEXACO                      0.00        0.00        0.00       0.00
       NOT FILED UNSECURED
 120   WILMINGTON TRUST COMPANY      6707.00        0.00        0.00       0.00
       NOT FILED UNSECURED
 121   WORLDWIDE ASSET PURCHASING    3256.78        0.00        0.00       0.00
       NOT FILED UNSECURED
TOTALS                             174410.11    29454.61        0.00   29454.61
* Marked Claims have been adjusted according to payment status or percent plan.
```