# EXHIBIT A
# TO THE MOTION FOR RELIEF

## DOCUMENT AND LOAN HISTORY ABSTRACT
*(COMPLETE A SEPARATE ABSTRACT FOR  
THE ORIGINAL TRANSACTION AND EACH ASSIGNMENT)*

*TYPE OF*   __X__ Mortgage  ____ Retail Installment Contract  
*INSTRUMENT* ____ Assignment ____ UCC Financing Statement  
       ____ Lease    ____ Promissory Note/Security Agreement  
       ____ Other (describe)_____

*PARTIES*  Kirk D. & Alfreda T. Slaugher Borrower

      Philadelphia Mortgage Corp    Lender

*DATE OF INSTRUMENT:* December 29, 1994  *# OF PAGES:* 5

| ESSENTIAL TERMS | | |
|---|---|---|
| | $119,600.00 | Original Principal Balance |
| | 30 years | Term |
| | 7.125 | Interest Rate |
| | 1/1/95 | First Payment Due |
| | $1,037.92 | Payment Amount |
| | monthly | Payments due (weekly, monthly, yearly, etc.) |
| | first | Payment Due Date |

### SECURED (LEASED) PROPERTY DESCRIPTION

 __XXX__ Real Property  ____ Motor Vehicle  ____ Other

 657 Country Path Drive, New Castle, Delaware 19720  
  Address/Description

*Lien Recording:*

| | |
|---|---|
| __X__ | Recorder of Deeds |
| New Castle | County / State |
| | Secretary of State / State |
| | Division of Motor Vehicles (State_____) |
| | Other (Describe)_____ |
| 12/29/94 | Recording Date |
| 3653-175 | Book & Page / Instrument Number |

*OTHER ESSENTIAL INFORMATION:*  
      Last Payment Applied to Installment past due on _____

***PROOF OF CLAIM FILED WITH CLERK, U.S. BANKRUPTCY COURT*** X_____

## DOCUMENT AND LOAN HISTORY ABSTRACT
*(COMPLETE A SEPARATE ABSTRACT FOR THE ORIGINAL TRANSACTION AND EACH ASSIGNMENT)*

*TYPE OF INSTRUMENT*
- ___ Mortgage
- _X_ Assignment
- ___ Lease
- ___ Other (describe) _____
- ___ Retail Installment Contract
- ___ UCC Financing Statement
- ___ Promissory Note/Security Agreement

*PARTIES*      Philadelphia Mortgage Corp    Assignor

                Delaware State Housing Authority

*DATE OF INSTRUMENT:* ___12/29/94___   *# OF PAGES:* 2

*ESSENTIAL TERMS*
| | |
|---|---|
| $119,600.00 | Original Principal Balance |
| 30 years | Term |
| 7.125 | Interest Rate |
| 1/1/95 | First Payment Due |
| $1,037.92 | Payment Amount |
| monthly | Payments due (weekly, monthly, yearly, etc.) |
| first | Payment Due Date |

### SECURED (LEASED) PROPERTY DESCRIPTION

_XXX_ Real Property       ___ Motor Vehicle       ___ Other

657 Country Path Drive, New Castle, Delaware 19720
        Address/Description

*Lien Recording:*
| | |
|---|---|
| X | Recorder of Deeds |
| New Castle | County / State |
| | Secretary of State / State |
| | Division of Motor Vehicles (State_____) |
| | Other (Describe) _____ |
| 12/30/94 | Recording Date |
| 343-285 | Book & Page / Instrument Number |

*OTHER ESSENTIAL INFORMATION:*
            Last Payment Applied to Installment past due on _____

*PROOF OF CLAIM FILED WITH CLERK, U.S. BANKRUPTCY COURT* _____