# EXHIBIT D
# TO THE MOTION FOR RELIEF

B6D (Official Form 6D) (12/07) -- Cont.

In re   Kirk Slaughter & Alfreda Slaughter        ,        Case No. _____
                          Debtor                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4415 Sovereign Bank Fsb 1130 Berkshire Blvd 3rd Floor Wyomissing, PA 19610 | | H | Lien: First Mortgage Security: 657 Countrypath Road value is 230,750.00 less 10% selling costs VALUE $ 207,675.00 | | | | 93,090.00 | 0.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)    $  93,090.00    $  0.00
Total(s) (Use only on last page)         $ 136,168.33    $  0.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)