**B6C (Official Form 6C) (04/10)**

**In re**  Kirk Slaughter & Alfreda Slaughter    **Case No.** 09-13319
    **Debtor**    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| single family home<br><br>value is 230750.00 less 10% selling costs | 10 Del.C. § 4914(c)(1) | 40,839.56 | 207,675.00 |
| cash in pocket | 10 Del.C. § 4914(b) | 15.00 | 15.00 |
| working and casual clothing | 10 Del.C. § 4914(b) | 200.00 | 200.00 |
| costume jewerly, gold jewerly | 10 Del.C. § 4914(b) | 500.00 | 500.00 |
| washer, dryer, kitchen appliances, beds, dressers, table and chairs, | 10 Del.C. § 4914(b) | 1,500.00 | 1,500.00 |
| 1998 Ford Winstar | 10 Del.C. § 4914(c)(2) | 1,200.00 | 1,200.00 |
| 1998 Ford Explorer SUV | 10 Del.C. § 4914(b) | 800.00 | 800.00 |
| 1992 Pontiac Bonneville | 10 Del.C. § 4914(c)(2) | 600.00 | 600.00 |
| checking account | 10 Del.C. § 4914(b) | 400.00 | 400.00 |
| checking account | 10 Del.C. § 4914(b) | 760.00 | 760.00 |
| savings account | 10 Del.C. § 4914(b) | 0.00 | 0.00 |
| Savings account | 10 Del.C. § 4914(b) | 70.00 | 70.00 |
| life insurance through employer | 10 Del.C. § 4914(b) | 0.00 | 0.00 |
| life insurance -term | 10 Del.C. § 4914(b) | 0.00 | 0.00 |
| 401k through employer | 10 Del.C. § 4914(b) | 0.00 | 0.00 |
| | Total exemptions claimed: | 46,884.56 | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.