## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: KIRK D. and ALFREDA T. SLAUGHTER, <br><br> Debtors. | ) Chapter 13 <br> ) <br> ) Case No. 09-13319 BLS <br> ) <br> ) |
| SOVEREIGN BANK servicer to DELAWARE STATE HOUSING AUTHORITY, <br><br> Movant, <br><br> and <br><br> KIRK D. and ALFREDA T. SLAUGHTER, <br><br> Debtors. | ) <br> ) Docket #48 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION REGARDING SOVEREIGN BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND REQUEST FOR ADEQUATE PROTECTION

This Stipulated Order is made the 30TH day of August 2011, by and among Kirk D. Slaughter and Alfreda T. Slaughter (the "Debtors") and Sovereign Bank, servicer to Delaware State Housing Authority ("Movant"), through their respective counsel, as follows:

### BACKGROUND

1. The Debtors are the real and registered owners of certain real estate situated at 657 Country Path Drive, New Castle, Delaware 19720 (the "Mortgaged Property") and are currently in possession of same.

2. Movant is a secured creditor of the Debtors as evidenced by a certain note (the "Note"), in the principal amount of $119,600.00, executed on December 29, 1994. Pursuant to the Note, the Debtors are currently required to make monthly payments in the amount of $1,156.34.

3. The Debtors executed a Mortgage dated on or about December 29, 1994 (the "Mortgage") securing the Note in favor of Movant's interest in the Mortgaged Property

4. On or about September 25, 2009 (the "Filing Date"), the Debtors filed a Voluntary Petition for Relief Pursuant to Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").

5. The Debtors are in default of the Note and Mortgage obligations to Movant as they have failed to make full payment of the Note and Mortgage that have come due for the months of May 2011 through August 2011.

6. The Debtors' post-petition payments to Movant fell into arrears and Movant filed its Motion for Relief from Stay on June 7, 2011. [Docket No. 48].

7. The parties to this Stipulated Order recognize the cost, inconvenience, and uncertainty associated with pursuing and defending the motion for relief from the automatic stay and instead desire to settle their disputes on the terms and conditions set forth in this Stipulated Order.

**NOW, THEREFORE**, with the foregoing Background deemed incorporated herein by this reference as if set forth at length, the parties hereto, intending to be legally bound by this Stipulated Order, and in consideration of the mutual covenant and terms contained herein, agree as follows:

8. Determination of the Movant's Motion is hereby stayed until the Debtors perform, observe, and/or fully comply with any covenant, term, or condition contained in this stipulation, including, without limitation, the performance of payments called for by paragraphs 9 and 10 of this stipulation.

9. The arrearages and costs are calculated as follows:

| | | |
|---|---:|---|
| $ | 4,625.36 | Arrears |
| $ | 241.68 | Late charges |
| $ | 800.00 | Miscellaneous fees |
| $ | (358.89) | Unapplied Funds |
| $ | 150.00 | Filing Fee |
| $ | 400.00 | Attorney Fees |
| $ | 5,858.15 | Total to be paid by stipulation |

Arrears calculated as follows:
Mortgage payments – 5/1/2011 thru 8/1/11 @ $1156.34 each
Late charges – 2/1/2011, 4/1/11 thru 8/1/11 @ $40.28 each

Debtors agree to pay the arrears of $5,858.15 by making six (6) monthly payments of $976.36 beginning on September 15, 2011.

10. Debtors also agree to pay to Movant their regular monthly payments currently in the amount of $1,156.34 as they become due under the terms of the Note beginning with the September 1, 2011 payment.

11. The following shall be Events of Default under this Stipulated Order and under the Note and Mortgage:

　　a. the occurrence of a default under the Note and Mortgage including the failure to make a monthly payment to Movant pursuant to the terms of the Note and Mortgage; and

　　b. Debtors' failure to perform, observe, or fully comply with any covenant, term, or condition contained in this Stipulated Order including, without limitation, the failure to make any payment called for by paragraphs 9 and 10 of this Stipulated Order.

12. Upon the occurrence of an Event of Default and ten (10) days' notice thereof to Debtors and their counsel as set forth in paragraph 11 above and Debtors' failure to

3

cure said event of default within 10 days of receipt of said Notice of Default, Relief from Stay will be hereby lifted without further hearing, and Movant may, at its option, exercise any or all of the following rights and remedies:

    a. declare all existing liabilities, indebtedness, and obligations of the Debtors to Movant immediately due and payable, including, but not limited to, interest, principal, expenses, advances to protect Movant's interest in the Mortgaged Property, and reasonable counsel fees to enforce this Stipulated Order of the Note and Mortgage, all without demand, notice, or any further actions;

    b. institute any legal proceedings available to Movant for the purpose of recovering any damages suffered by Movant as a result of Debtors' breach of this Stipulated Order;

    c. take any and all actions necessary to foreclose upon the Mortgaged property; and/or

    d. exercise any other right or remedy available to Movant under applicable law.

    e. All of the above items "a" through "d" shall be *in rem* actions only against the property.

13. All notices required or desired to be given to the Debtors hereunder shall be in writing and shall be deemed to have been given when the notice is (i) personally delivered to Debtors and their counsel or (ii) sent by United States First Class Mail, postage prepaid to Debtors at their address set forth below and sent by United States First Class Mail, postage prepaid to Debtors' counsel at the address and number set forth below:

Debtors:
Kirk D. Slaughter
Alfreda T. Slaughter
657 Country Path Drive
New Castle, Delaware 19720

With a Copy to:

Vivian A. Houghton, Esquire
800 West Street, 2nd Floor
Wilmington, DE 19801

Michael B. Joseph - Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

Any notice of a change in the foregoing addresses shall be sent to counsel for Movant.

13. This Stipulated Order shall be binding upon the parties hereto, their respective heirs, successors, assigns, executors, administrators, and legal and personal representatives, regardless of whether the Debtors' bankruptcy case is converted or dismissed and shall be binding upon any trustee appointed in the case. Confirmation of any plan or reorganization filed in Debtors' bankruptcy case shall not alter, amend, modify, or otherwise affect any term, covenant, or condition of this Stipulated Order without the prior written consent of Movant.

14. Nothing herein nor any delay on the part of Movant in the exercise of any right or remedy hereunder shall operate or be construed as a waiver of any of Movant's rights hereunder.

15. This Stipulated Order may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one and the same instrument.

16. It is expressly understood and agreed that the execution and entry of this Stipulated Order shall in no way constitute a waiver of the Debtors' right to propose a plan of

5

reorganization which seeks to impair Movant's claim or right to object to any plan of reorganization proposed or filed by the Debtors.

17. As long as no uncured Event of Default exists, the terms of Stipulated Order shall remain in effect until all of the payments under paragraph 9 have been made.

**IN WITNESS WHEREOF**, the parties hereto have authorized their counsel to execute this Stipulated Order on their behalf and have caused this Stipulated Order to be executed.

Dated: 8-30, 2011

_____
Seth J. Reidenberg, Esquire (No. 3657)
THE CHARTWELL LAW OFFICES, LLP
300 Delaware Avenue, Suite 800A
Wilmington, Delaware 19801
(302) 425-0100
Counsel for Movant

Dated: 8-29, 2011

_____
Vivian Houghton, Esquire (No. 2010)
800 West Street, 2nd Floor
Wilmington, DE 19801
(302) 658-0518
Counsel for Debtors

The Trustee has read this Stipulated Order and consents to the terms thereof.

Dated: __10-24__, 2011    _____
Michael B. Joseph, Esquire


**APPROVED AND SO ORDERED** this __7th__ day of __November__ 2011.


BY THE COURT:

_____
United States Bankruptcy Judge