IN THE UNITED STATES BANKRUPTCY COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| In Re | : |
| | : |
| KIRK AND ALFREDA SLAUGHTER | : Case NO. 09-13319 |
| | : Chapter 13 |
| Debtor | : |

## **WITHDRAWAL OF DOCUMENT**

COMES NOW, Vivian A. Houghton Esquire, Counsel for the Debtors and Withdraws the First Modified Chapter 13 Plan, Docket Number 61 filed on April 3, 2013.


Dated: April 4, 2013

/s/ VIVIAN A HOUGHTON ESQUIRE
Vivian A. Houghton, Esquire
800 West Street
Wilmington, Delaware 19801
(302) 658-0518
Attorney for Debtor