IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KIRK & ALFREDA SLAUGHTER | ) | Case No: 09-13319-BLS |
| | ) | |
| Debtors | ) | Chapter 13 |

## MOTION TO MODIFY PLAN

COMES NOW, Debtors, Kirk and Alfreda Slaughter (hereinafter "Debtors") by and through their undersigned counsel, Vivian A. Houghton, Esquire, and request that this Honorable Court permit them to modify their Chapter 13 Plan pursuant to 11 U.S.C. section 1329 based on the following:

1. Debtors filed a Chapter 13 Petition on September 25, 2009.

2. Debtors' plan was confirmed on November 23, 2009.

3. Debtors wish to modify their Chapter 13 Plan to remove the arrears owed to Sovereign Bank.

4. Debtors wish to modify their Chapter 13 Plan to include additional attorney fees.

5. The Debtors have proposed this modified plan in good faith.

WHEREFORE, Debtors request that they be permitted to modify their Chapter 13 Plan. (See attached).

/s/Vivian A. Houghton, Esquire
800 West Street, 2nd Floor
Wilmington, Delaware 19801
(302) 658-0518
Attorney for Debtor

Date: April 4, 2013