# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Kirk Slaughter<br>657 Country Path Drive<br>New Castle, DE 19720<br>**SSN:** xxx–xx–6807 | **Chapter:** 13<br><br><br><br>**Case No.:** 09–13319–BLS |
| Alfreda Slaughter<br>657 Country Path Drive<br>New Castle, DE 19720<br>**SSN:** xxx–xx–5878 | |

## NOTICE OF PROPOSED
## MODIFICATION OF PLAN AFTER CONFIRMATION

On 4/4/2013 , the debtors filed an application to modify the confirmed plan pursuant to 11 U.S.C. § 1329. A copy of the application can be obtained from debtor's counsel, or registered PACER* users may obtain a copy via the PACER link on the court's website.

The court will grant the application ex parte if no written objection is filed with the court and served upon the debtor(s) attorney on or before 4/26/2013 .

David D. Bird , Clerk

Dated: 4/5/13

*To sign up for a PACER account, visit the PACER website at http://pacer.psc.uscourts.gov or call (800) 676–6856. Registered PACER users may access the application from the Court's website, www.deb.uscourts.gov*

(VAN–303)