**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| KIRK D. and ALFREDA T. | ) Case No. 09-13319 (BLS) |
| SLAUGHTER, | ) |
| | ) |
| Debtors. | ) **Re: Docket No. _____** |

**ORDER GRANTING MOTION OF AMC FINANCIAL HOLDINGS,**
**INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO**
**SECTION 362(d) OF THE BANKRUPTCY CODE**

Upon consideration of the *Motion of AMC Financial Holdings, Inc. for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code,* filed on August 8, 2013 (the "Motion")[1] by AMC Financial Holdings, Inc. (the "Movant"); the Court having reviewed the Motion and the responses thereto, if any; and adequate notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefore, it is hereby;

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Movants, and any subsequent holders of the Note and/or Mortgage documents evidencing Movant's claim and security interest in the real property known as 657 Country Path Drive, New Castle, Delaware 19720 (the "Property"), are granted relief from the automatic stay to exercise all rights and remedies as a secured creditor of the Debtors with respect to such Property, including, without limitation, foreclosing on the Mortgage against the Property; and it is further

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that this Court shall retain jurisdiction to adjudicate any disputes arising under or with respect to any other matters related to the implementation of this Order.


Dated: _____, 2013
       Wilmington, Delaware

                        _____
                        THE HONORABLE BRENDAN L. SHANNON
                        UNITED STATES BANKRUPTCY JUDGE